UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Brandon Lee Garza,

   Plaintiff

v.

A. W. Williams, et al.,

   Defendants

Case No. 2:24-cv-02240-CDS-BNW

**Voluntary Dismissal Order**

  I previously screened plaintiff Brandon Lee Garza's complaint, deferred a decision on the application to proceed *in forma* pauperis, and referred this case to the Inmate Early Mediation Program. ECF No. 11. After the court set a date for the inmate early mediation conference, Garza filed a motion to voluntarily dismiss this case because he no longer wants to pursue the lawsuit. ECF No. 16. The Nevada Department of Corrections, as an interested party, filed a non-opposition to Garza's motion to dismiss the case. ECF No. 17.

  Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). I grant Garza's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, I dismiss this action without prejudice.

  IT IS HEREBY ORDERED that Garza's motion for voluntary dismissal **[ECF No. 16] is granted**, therefore this action is dismissed in its entirety without prejudice.

  I kindly direct the Clerk of the Court to close the case.

  Dated: April 24, 2025

                _____
                Cristina D. Silva
                United States District Judge